IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR190** |
| vs. | |
| GUSTAVO ENRIQUE SOCORRO PINO, | **ORDER** |
| Defendant. | |

**IT IS ORDERED:**

1.  The Initial Appearance is set for **3/3/2026 at 1:30 PM** in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, before the undersigned magistrate judge.

2.  Defense counsel **only** will appear by videoconference using Zoom and the connection information below.

    https://ned-uscourts.zoomgov.com/j/1616119806?pwd=F8NaQ8kss8kcRQaZPBKzMpMk7VCdJJ.1
    Meeting ID:  161 611 9806
    Password: 919655
    IP/H.323: 161.199.138.10

    Dated this 2nd day of March, 2026.

                                    BY THE COURT:

                                    s/ Michael D. Nelson
                                    United States Magistrate Judge